# UNITED STATES BANKRUPTCY COURT
CAMDEN **DISTRICT OF** NEW JERSEY

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NJK HOSPITALITY, LLC | § | Case No. 15-19655 ABA |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. MARCHAND, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 21,200.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  2,932,153.26 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  979,688.18 | |

3) Total gross receipts of $ 3,911,841.44  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 3,911,841.44  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 3,015,998.78 | $ 2,925,345.42 | $ 2,925,345.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 809,877.01 | 806,265.51 | 806,265.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 309,916.58 | 289,539.08 | 173,422.67 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 78,443.11 | 78,443.11 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 685,830.57 | 685,830.57 | 6,807.84 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 4,900,066.05 | $ 4,785,423.69 | $ 3,911,841.44 |

4)  This case was originally filed under chapter 11 on  05/22/2015 , and it was converted to chapter 7 on  08/01/2016 .  The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/04/2018                          By:/s/JOSEPH D. MARCHAND, TRUSTEE

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TD Bank - 3 Accts - Operating Acct & Payroll | 1129-000 | 7.92 |
| Liquor License (best estimate of value) | 1129-000 | 400,000.00 |
| Furniture-Fixtures-Equipment (best estimate | 1129-000 | 50,000.00 |
| 14 N. Black Horse Pike, Williamstown, NJ | 1210-000 | 3,450,000.00 |
| Class Action Settlement - Enerson v. Verizon NJ | 1249-000 | 67.32 |
| JUDGMENT AGAINST BARRY BERAN | 1249-000 | 11,400.00 |
| CLASS ACTION SETTLEMENT | 1249-000 | 0.44 |
| CLASS ACTION SETTLEMENT | 1249-000 | 1.67 |
| R.I.P. (Retail Incentive Program) Items | 1290-000 | 235.97 |
| ATM Cash Systems North LLC - Terminal Stmt | 1290-000 | 16.75 |
| IPFS Corp Overpayment | 1290-000 | 111.37 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,911,841.44** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BERKSHIRE BANK | 4110-000 | NA | 2,331,075.84 | 2,331,075.84 | 2,331,075.84 |
| | PETROGIANNIS RE | 4110-000 | NA | 418,348.28 | 418,348.28 | 418,348.28 |
| 000011 | CAN - CAPITAL MERCHANT SERVICE, INC | 4210-000 | NA | 103,868.13 | 13,214.77 | 13,214.77 |
| 000031 | FEDERAL WINE AND SPIRITS COMPANY | 4210-000 | NA | 832.74 | 832.74 | 832.74 |
| | HARRISON BEVERAGE | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 000002A | INTERNAL REVENUE SERVICE | 4210-000 | NA | 73,765.94 | 73,765.94 | 73,765.94 |
| | KRAMER BEVERAGE | 4210-000 | NA | 415.00 | 415.00 | 415.00 |
| 000014 | PETROGIANNIS REAL ESTATE PARNERSHIP | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | STATE OF NEW JERSEY | 4210-000 | NA | 50,907.62 | 50,907.62 | 50,907.62 |
| 000012 | US FOODS, INC. | 4210-000 | NA | 36,785.23 | 36,785.23 | 36,785.23 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 3,015,998.78 | $ 2,925,345.42 | $ 2,925,345.42 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH D. MARCHAND,TRUSTEE | 2100-000 | NA | 140,605.24 | 140,605.24 | 140,605.24 |
| TRUSTEE EXPENSES:JOSEPH D. MARCHAND,TRUSTEE | 2200-000 | NA | 1,305.09 | 1,305.09 | 1,305.09 |
| JOSEPH D. MARCHAND, ESQUIRE | 2300-000 | NA | 0.02 | 0.02 | 0.02 |
| Settlement Charges | 2500-000 | NA | 288,492.67 | 288,492.67 | 288,492.67 |
| EMPIRE NATIONAL BANK | 2600-000 | NA | 10,724.21 | 10,724.21 | 10,724.21 |
| CLERK - U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| CLERK, UNITED STATES BANKRUPTCY COU | 2700-000 | NA | 181.00 | 181.00 | 181.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 9,750.00 | 9,750.00 | 9,750.00 |
| TD BANK, NA | 2990-000 | NA | 13.25 | 13.25 | 13.25 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH D. MARCHAND, ESQ. | 3110-000 | NA | 5,076.00 | 5,076.00 | 5,076.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):JOSEPH D. MARCHAND, ESQ. | 3120-000 | NA | 533.24 | 533.24 | 533.24 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):JOSEPH A. MCCORMICK, JR. | 3210-000 | NA | 132,094.25 | 128,482.75 | 128,482.75 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):JOSEPH A. MCCORMICK, JR. | 3220-000 | NA | 2,791.60 | 2,791.60 | 2,791.60 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):GIULIANO MILLER & CO., LLC | 3410-000 | NA | 61,418.00 | 61,418.00 | 61,418.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):GIULIANO MILLER & CO., LLC | 3420-000 | NA | 542.44 | 542.44 | 542.44 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):REMAX CONNECTION | 3510-000 | NA | 156,000.00 | 156,000.00 | 156,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 809,877.01 | $ 806,265.51 | $ 806,265.51 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SUBRANNI ZAUBER LLC | 6210-000 | NA | 136,781.39 | 116,663.59 | 69,876.96 |
| MARKOVITZ STARKMAN & CO CPA LLC | 6410-000 | NA | 23,101.25 | 23,101.25 | 13,836.75 |
| INTERNAL REVENUE SERVICE | 6820-000 | NA | 54,035.09 | 54,035.09 | 32,364.92 |
| STATE OF NEW JERSEY | 6820-000 | NA | 21,074.37 | 21,074.37 | 12,622.73 |
| ATLANTIC CITY ELECTRIC COMPANY | 6990-000 | NA | 41,487.79 | 41,487.79 | 24,849.58 |
| C&H DISPOSAL SERVICE, INC. | 6990-000 | NA | 1,661.63 | 1,661.63 | 995.25 |
| EMPIRE CRAB, INC. | 6990-000 | NA | 2,846.43 | 2,586.73 | 1,549.35 |
| SYSCO PHILADELPHIA, LLC | 6990-000 | NA | 28,928.63 | 28,928.63 | 17,327.13 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 309,916.58 | $ 289,539.08 | $ 173,422.67 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 27,114.39 | 27,114.39 | 0.00 |
| 000007 | STATE OF NEW JERSEY | 5800-000 | NA | 51,328.72 | 51,328.72 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | SYSCO PHILADELPHIA, LLC | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 78,443.11 | $ 78,443.11 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | A.G. FRUIT & PRODUCE, LLC | 7100-000 | NA | 43,294.00 | 43,294.00 | 0.00 |
| 000009 | AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 19,453.51 | 19,453.51 | 0.00 |
| 000006 | ATLANTIC CITY ELECTRIC COMPANY | 7100-000 | NA | 24,985.99 | 24,985.99 | 0.00 |
| 000022 | ATLANTIC CITY ELECTRIC COMPANY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000003A | BERKSHIRE BANK | 7100-000 | NA | 200,000.00 | 200,000.00 | 0.00 |
| 000025 | DARALYN JENNA BELOTE AS ADMINISTRAT | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000027 | HY POINT DAIRY | 7100-000 | NA | 60,805.40 | 60,805.40 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000029 | JOHN MOURTOS | 7100-000 | NA | 171,402.00 | 171,402.00 | 0.00 |
| 000032 | KAST DISTRIBUTORS, INC. | 7100-000 | NA | 37,832.75 | 37,832.75 | 0.00 |
| 000021 | KEYSTONE OUTDOOR ADVERTISING | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000026 | MILK INDUSTRY MANAGEMENT CORPORATIO | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000010 | RAY'S ENTERPRISES, INC. | 7100-000 | NA | 36,169.00 | 36,169.00 | 0.00 |
| 000005 | SINGER EQUIPMENT COMPANY, INC. | 7100-000 | NA | 40,104.16 | 40,104.16 | 0.00 |
| 000016 | STATE OF NEW JERSEY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000013 | SYSCO PHILADELPHIA, LLC | 7100-000 | NA | 42,041.70 | 42,041.70 | 0.00 |
| 000004 | U.S. FOODSERVICE, INC. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000028 | WILLIAM J. BURNS ACCOUNTING & TAX S | 7100-000 | NA | 4,645.00 | 4,645.00 | 0.00 |
| 000002C | INTERNAL REVENUE SERVICE | 7300-000 | NA | 5,097.06 | 5,097.06 | 0.00 |
| | THE UNITED STATES OF AMERICA | 7990-000 | NA | NA | NA | 6,807.84 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 685,830.57 | $ 685,830.57 | $ 6,807.84 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 15-19655 | ABA | Judge: ANDREW B. ALTENBURG | | Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |

Case Name:   NJK HOSPITALITY, LLC

Date Filed (f) or Converted (c):   08/01/16 (c)

341(a) Meeting Date:   08/22/16

For Period Ending:  10/04/18

Claims Bar Date:   11/21/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Cash on hand (as of 5-22-15) | 1,200.00 | 1,200.00 | | 0.00 | FA |
|    Amended Sched B | | | | | |
| 2. TD Bank - 3 Accts - Operating Acct & Payroll | 1,245.00 | 1,245.00 | | 7.92 | FA |
|    Amended Sched B | | | | | |
|    9-27-16 - dep TD Bank turnover of Chp 11-MM funds - Ck#1345764 -<br>   $7.92 | | | | | |
| 3. Liquor License (best estimate of value) | 250,000.00 | 386,424.56 | | 400,000.00 | FA |
|    Amended Sched B | | | | | |
|    3/8/2017 - Rec'd check Number 283381 in the amount of $706,083.21<br>   for the Sale of Real Estate, Liquor License and Fixtures ($386,424.56<br>   allocated for Real Estate) | | | | | |
| 4. Office Equipment - Copier, Computers, etc. | 5,000.00 | 5,000.00 | | 0.00 | FA |
|    Amended Sched B | | | | | |
| 5. Furniture-Fixtures-Equipment (best estimate<br>   for liquidation value) | 40,000.00 | 12,704.07 | | 50,000.00 | FA |
|    Amended Sched B<br>   Equipment that is being included in the Sale of the Diner. | | | | | |
|    Closing is scheduled for 3/8/2017 | | | | | |
|    3/8/2017 - Rec'd check Number 283381 in the amount of $706,083.21<br>   for the Sale of Real Estate, Liquor License and Fixtures ($12,704.07<br>   allocated for Fixtures) | | | | | |
| 6. Food & Alcohol Inventory | 15,000.00 | 15,000.00 | | 0.00 | FA |
|    Amended Sched B | | | | | |
| 7. R.I.P. (Retail Incentive Program) Items (u) | 0.00 | 0.00 | | 235.97 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     2

Exhibit 8

| Case No: | 15-19655    ABA    Judge: ANDREW B. ALTENBURG |
|---|---|
| Case Name: | NJK HOSPITALITY, LLC |

| | |
|---|---|
| Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/01/16 (c) |
| 341(a) Meeting Date: | 08/22/16 |
| Claims Bar Date: | 11/21/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9-14-16 dep - Allied Beverage Grp LLC - Ck#814343 - 8-16-16 - $43.00 | | | | | |
| 9-14-16 dep - Delaware Valley Purchasing Grp Inc - Ck#40017 - 8-29-16 - $16.00 (rebate ck) | | | | | |
| 9-14-16 dep - Fedway Associates Inc - Ck#182952 - 8-10-16 - $36.00 | | | | | |
| 9/23/16 - Deposit Check No. 818283 in the amount of $16.00 from Allied Beverage Group, LLC | | | | | |
| 9/23/16 - Deposit Check No. 316680 in the amount of $6.00 from Fedway Associates, Inc. | | | | | |
| 12/1/16 - Deposit Ck#829776 - $12.00 - Allied Beverage Group, LLC | | | | | |
| 5/26/17 - Rec'd Check Number 41947 in the amount of $106.97 from Delaware Valley | | | | | |
| 8. Class Action Settlement - Enerson v. Verizon NJ (u) | 67.32 | 67.32 | | 67.32 | FA |
| Case #L-344-13 - Clm #VERZ1-10044506-3 - jack installation refund from lawsuit settlement | | | | | |
| 9. ATM Cash Systems North LLC - Terminal Stmt (u) | 16.75 | 16.75 | | 16.75 | FA |
| 9-14-16 dep - Terminal Stmt 7-1-16 to 7-31-16 - Ck#4684 - 8-12-16 - $16.75 | | | | | |
| 10. 14 N. Black Horse Pike, Williamstown, NJ | 2,300,000.00 | 306,954.58 | | 3,450,000.00 | FA |
| 14 N. Black Horse Pike, Williamstown, NJ 08094  transferred to NJK Hospitality Case from NJK Real Estate Enterprises(Bankruptcy Case Number 15-24842/ABA) on 2/23/17. | | | | | |
| Motion to Sell Propety scheduled for 1/10/2017; Order granting Motion to Sell Property and resolving Objection to Notice of Private Sale signed 1/20/2017 | | | | | |
| Settlement is scheduled for 3/8/2017 | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| | |
|---|---|
| Case No: 15-19655  ABA  Judge: ANDREW B. ALTENBURG | Trustee Name: JOSEPH D. MARCHAND, TRUSTEE |
| Case Name: NJK HOSPITALITY, LLC | Date Filed (f) or Converted (c): 08/01/16 (c) |
| | 341(a) Meeting Date: 08/22/16 |
| | Claims Bar Date: 11/21/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 3/9/2017 - Rec'd check Number 283381 in the amount of $706,083.21 for the Sale of Real Estate, Liquor License and Fixtures ($306,954.58 allocated for Real Estate) | | | | | |
| 11. JUDGMENT AGAINST BARRY BERAN (u)<br><br>Judgment against Barry Beran pursuant to Order signed on 6/7/2016 regarding NJK Retainer<br><br>3/15/2017 - Rec'd Check No 492 in the amount of $2,000.00<br>4/19/2017 - Rec'd Check No 494 in the amount of $1,000.00<br>7/18/2017 - Rec'd Check No 3338 in the amount of $2,300.00 - Barry J. Beran, Atty Bus Acct<br>7/18/2017 - Rec'd Check No 1518 in the amount of $1,000.00 - Jos McCormick, PA, Atty Trust Acct - pymt due 6-29-17<br>7/26/2017 - Rec'd Check No. 1519 in the amount of $2,000.00 - Jos McCormick PA Atty Trust Acct<br>8/7/2017 - Rec'd Check No. 3363 in the amount of $3,100.00 - Barry J. Beran Atty Bus Acct | 0.00 | 11,100.00 | | 11,400.00 | FA |
| 12. IPFS Corp Overpayment (u)<br>12/26/17 - Rec'd Check Number 39-416753 in the amount of $111.37 for an overpayment | 111.37 | 111.37 | | 111.37 | FA |
| 13. CLASS ACTION SETTLEMENT (u)<br>4/20/18 - Rec'd Check No. 484124 in the amount of $0.44 (Payment of TD Bank Penny Arcade Settlement) for NJK Hospitality LLC Payroll Account | 0.44 | 0.44 | | 0.44 | FA |
| 14. CLASS ACTION SETTLEMENT (u)<br>4/20/18 - Rec'd Check No. 484123 in the amount of $1.67 (Payment of TD Bank Penny Arcade Settlement) for NJK Hospitality LLC Payroll Account | 1.67 | 1.67 | | 1.67 | FA |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

Case No:  15-19655  ABA  Judge: ANDREW B. ALTENBURG
Case Name:  NJK HOSPITALITY, LLC

Trustee Name:  JOSEPH D. MARCHAND, TRUSTEE
Date Filed (f) or Converted (c):  08/01/16 (c)
341(a) Meeting Date:  08/22/16
Claims Bar Date:  11/21/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,612,642.55 | $739,825.76 | | $3,911,841.44 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset - Sale of Real Estate and Liquor License

Appts - JDM - Ordered - 8/10/16

Special Counsel - Joseph McCormick - 9/1/16

Accountant - Giuliano & Miller - 8/15/16

Realtor - RE/MAX CONNECTION - 9/13/16

3rd Quarter, 2016 - Motion to Vacate Stay filed by Mortgage Co. & Twp of Monroe; Both resolved COTBS on 9/13/16;
Objection to appointment of RE/MAX resolved and order entered

4th Quarter, 2016 - Realtor is actively marketing property & Liquor License; Trustee sent information to Twp of Monroe
to Transfer Liquor License to Trustee on 10/13/16; Motion to sell property Free and Clear of all Liens & Notice of
Private Sale filed by Special Counsel on 12/12/2016; Hearing date 1/10/2017

1st Quarter, 2017 - Order entered approving sale of real estate on 1/20/2017; Real Estate & Liquor License Transaction

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    5

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-19655    ABA    Judge: ANDREW B. ALTENBURG | |
| Case Name: | NJK HOSPITALITY, LLC | |

| | |
|---|---|
| Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/01/16 (c) |
| 341(a) Meeting Date: | 08/22/16 |
| Claims Bar Date: | 11/21/16 |

completed 3/8/2017

2nd Quarter, 2017 - Paid J. McCormick, Special Counsel 1st Fee Allowances per 4-27-17 Order; Motion to extend Chapter 11 Administrative Claim Bar Date filed by Special Counsel R - 6/20/17; Ordered - 6/20/17; Bar Claim Date set for 8/21/17

3rd Quarter, 2017 - Motion to Compel filed by Oracle 8/18/17; Returnable 8/31/17; Withdrawn 9/14/17

4th Quarter, 2017 - NOSC re: IRS Claim filed 10/24/17; Objections due by 11/14/17; ; Special Counsel working on Consent Order with the State of NJ to resolve outstanding litigation; Corrective Order for US foods tbs with NOSC

1st Quarter, 2018 - Form 2 was sent to Business' Principal 1/8/18; Administrative Tax Motion and Motion to Bar/Expunge Claims to be filed shortly.  Special Counsel filed 5 Motions to Modify/Expunge Claims for Secured, Unsecured, Administrative, Real Estate, and Priority on 3/2/18; All Motions are returnable 4/3/18; Trustee Filed an Administrative Tax Motion on 3/9/18; Scheduled to be heard on 4/10/18

2nd Quarter, 2018 - Order to Reclassify and Expunge Claims of Real Estate Claims entered 4/3/18; the Administrative Tax Order entered on 4/10/18; Order Granting Motion to Modify Claims re: Chapter 11 Administrative Claims entered 4/11/18; Order Granting Motion to Expunge, Modify and/or set Secured Claims entered 4/11/18; Order Granting Motion to Expunge, Modify and/or set Unsecured Claims entered 4/11/18; Order Granting Motion to Expunge, Modify and/or set Tax Claims entered 4/11/18

Initial Projected Date of Final Report (TFR): 12/30/18        Current Projected Date of Final Report (TFR): 05/30/18

**FORM 2**

Page:   1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-19655 -ABA |
| Case Name: | NJK HOSPITALITY, LLC |
| Taxpayer ID No: | *******2612 |
| For Period Ending: | 10/04/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******0442  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 36,589,161.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/16 | 7 | Allied Beverage Group, LLC<br>600 Washington Ave.<br>Carlstadt, NJ 07072 | Retail Incentive Program - A#7u<br>9-14-16 dep - Ck#814343 - $43.00 | 1290-000 | 43.00 | | 43.00 |
| 09/14/16 | 8 | Enerson v. Verizon Settlement<br>c/o Settlement Administrator<br>PO Box 8060<br>San Rafael, CA 94912-8060 | Class Axn - Enerson v Verizon A#8u<br>9-14-16 dep - Ck#119817 - $67.32 | 1249-000 | 67.32 | | 110.32 |
| 09/14/16 | 7 | Fedway Associates, Inc.<br>PO Box 651<br>Basking Ridge, NJ 07920-0651 | Retail Incentive Program - A#7u<br>9-14-16 dep - Ck#182952 - $36.00 | 1290-000 | 36.00 | | 146.32 |
| 09/14/16 | 9 | ATM Cash Systems North, LLC<br>Merchant Account<br>437 Pine Street<br>Mt. Holly, NJ 08060 | ATM Surcharge Income - A#9u<br>9-14-16 dep - Ck#4684 - $16.75 | 1290-000 | 16.75 | | 163.07 |
| 09/14/16 | 7 | Delaware Valley Purchasing Grp, Inc<br>1814 Route 70 East, Ste. 265<br>Cherry Hill, NJ 08003 | Retail Incentive Program - A#7u<br>9-14-16 dep - Ck#40017 - $16.00 | 1290-000 | 16.00 | | 179.07 |
| 09/23/16 | 7 | ALLIED BEVERAGE GROUP, LLC<br>600 WASHINGTON AVENUE<br>CARLSTADT, NJ 07072 | Retail Incentive Program<br>Rec'd by Check No. 818283 in the amount of $16.00 | 1290-000 | 16.00 | | 195.07 |
| 09/23/16 | 7 | FEDWAY ASSOCIATES, INC.<br>P.O. BOX 651<br>BASKING RIDGE, NJ 07920-0651 | Retail Incentive Program<br>rec'd by Check No. 316680 in the amount of $6.00 | 1290-000 | 6.00 | | 201.07 |
| 09/27/16 | 2 | TD Bank, N.A.<br>Levy Escrow Account<br>11000 Atrium Way<br>Mt. Laurel, NJ 08054 | Bk Acct Turnover - MM-Chp 11 - A#2<br>9-27-16 - dep Bk turnover Chp 11-MM acct -<br>Ck#1345764 | 1129-000 | 7.92 | | 208.99 |
| 12/01/16 | 7 | Allied Beverage Group, LLC<br>600 Washington Ave. | Retail Incentive Program - 7u<br>Ck#829776 - 11-3-16 | 1290-000 | 12.00 | | 220.99 |

| | | | | Page Subtotals | 220.99 | 0.00 | |

Ver: 20.00j

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 15-19655 -ABA |
| Case Name: | NJK HOSPITALITY, LLC |

Taxpayer ID No: *******2612
For Period Ending: 10/04/18

| | |
|---|---|
| Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******0442  Checking Account (Non-Interest Earn |

Blanket Bond (per case limit):  $ 36,589,161.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Carlstadt, NJ 07072 | | | | | |
| 12/12/16 | 006001 | CLERK, UNITED STATES BANKRUPTCY COURT | Court Costs - Filing Fee | 2700-000 | | 181.00 | 39.99 |
| | | U.S. Post Office & Courthouse | Motion to Sell Free & Clear of All Liens | | | | |
| | | 401 Market Street | Case #s 15-19655-ABA & 15-24842-ABA | | | | |
| | | PO Box 2067 | RE 14 N Black Horse Pike & NJ Liquor Lic | | | | |
| | | Camden, NJ 08101-2067 | | | | | |
| 03/08/17 | | Foundation Title, LLC - Woodbury | Sale of Prop, Liq Lic, & Fixtures | | 706,083.21 | | 706,123.20 |
| | | 57 Euclid Street | | | | | |
| | | Woodbury, NJ 08096 | | | | | |
| | 10 | | Memo Amount:          3,450,000.00 | 1210-000 | | | |
| | | | Sale of Real Property | | | | |
| | 3 | | Memo Amount:            400,000.00 | 1129-000 | | | |
| | | | Liquor License | | | | |
| | 5 | | Memo Amount:             50,000.00 | 1129-000 | | | |
| | | | Sale of Fixtures & Equipment | | | | |
| | | BERKSHIRE BANK | Memo Amount:     (  2,331,075.84 ) | 4110-000 | | | |
| | | | 1st Mortgage | | | | |
| | | PETROGIANNIS RE | Memo Amount:        418,348.28 ) | 4110-000 | | | |
| | | | 2nd Mortgage | | | | |
| | | | Memo Amount:     (   288,492.67 ) | 2500-000 | | | |
| | | | Settlement Charges | | | | |
| | | REMAX CONNECTION | Memo Amount:     (   156,000.00 ) | 3510-000 | | | |
| | | | Realtor Commission | | | | |
| 03/15/17 | 11 | Joseph A. McCormick, Jr., P.A. | Payment on Barry Beran Jdgmt | 1249-000 | 2,000.00 | | 708,123.20 |
| | | 76 Cuclid Avenue, Suite 102 | Rec'd by Check Number 1492 in the amount of | | | | |
| | | Hadonfield, NJ 08033 | $2,000.00 | | | | |
| 03/22/17 | 006002 | CLERK - U.S. BANKRUPTCY COURT | Filing for Adversary | 2700-000 | | 350.00 | 707,773.20 |
| | | U.S. POST OFFICE & COURT HOUSE BLDG | Bankruptcy Case Number 15-19655/ABA | | | | |
| | | P.O. BOX 2067 - 401 MARKET STREET | Adversary Case Number: 17-01004/ABA (Docket No. | | | | |

Page Subtotals          708,083.21          531.00

Ver: 20.00j

**FORM 2**

Page:  3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-19655 -ABA | Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
| Case Name: | NJK HOSPITALITY, LLC | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******0442  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2612 | | |
| For Period Ending: | 10/04/18 | Blanket Bond (per case limit): | $ 36,589,161.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CAMDEN, NJ 08101-2067 | (241) | | | | |
| 04/03/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 780.14 | 706,993.06 |
| 04/19/17 | 11 | JOSEPH A. MCCORMICK, JR., P.A. | Payment on Barry Beran Jdgmt | 1249-000 | 1,000.00 | | 707,993.06 |
| | | 76 EUCLID AVENUE, SUITE 103 | by Check Number 1494 in the amount of $1,000.00 | | | | |
| | | HADDONFIELD, NJ 08033 | | | | | |
| 05/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,017.51 | 706,975.55 |
| 05/04/17 | 006003 | JOSEPH A. MCCORMICK, JR., P.A. | Special Counsel - COMP | 3210-000 | | 74,000.00 | 632,975.55 |
| | | 76 Euclid Avenue, Suite 103 | First Fee Allowance | | | | |
| | | Haddonfield, NJ 08033 | Per: 8-22-16 to 3-11-17 | | | | |
| | | | Claimed:  $77,611.50 | | | | |
| | | | Allowed:  $74,000.00 | | | | |
| 05/04/17 | 006004 | JOSEPH A. MCCORMICK, JR., P.A. | Special Counsel - EXPS | 3220-000 | | 1,034.43 | 631,941.12 |
| | | 76 Euclid Avenue, Suite 103 | First Fee Allowance | | | | |
| | | Haddonfield, NJ 08033 | Per. 8-22-16  to 3-11-17 | | | | |
| | | | Claimed: $1,034.43 | | | | |
| 05/09/17 | 006005 | Joseph D. Marchand, Esquire | Bond Reimbursement | 2300-000 | | 0.02 | 631,941.10 |
| | | Bond Reimbursement | Term:  01/01/17 to 01/01/18 | | | | |
| | | 117-119 West Broad Street | | | | | |
| | | PO Box 298 | | | | | |
| | | Bridgeton, NJ 08302 | | | | | |
| 05/26/17 | 7 | DELAWARE VALLEY PURCHASE GROUP, INC. | Retail Incentive Program | 1290-000 | 106.97 | | 632,048.07 |
| | | 1814 ROUTE 70 EAST, SUITE 265 | Rec'd by Check Number 41947 in the amount of | | | | |
| | | CHERRY HILL, NJ 08003 | $106.97 | | | | |
| 05/30/17 | 006006 | TD Bank, NA | Subpoena Fee | 2990-000 | | 13.25 | 632,034.82 |
| | | Retail Bank Operations | Fee for Subpoena documents sent | | | | |
| | | P.O. Box 1377, ME2-001-031 | Invoice Number 537762017102 | | | | |
| | | Lewiston, ME 04243-1377 | | | | | |
| 05/30/17 | 006007 | GIULIANO MILLER & CO., LLC | Accountant Fees from First Fee App | 3410-000 | | 48,133.00 | 583,901.82 |
| | | Berlin Business Park | Accountant Fees for Time Period  8/5/16 through | | | | |
| | | 140 Bradford Drive | 3/24/17 | | | | |

Page Subtotals     1,106.97     124,978.35

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

**FORM 2**

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-19655 -ABA | Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
|---|---|---|---|
| Case Name: | NJK HOSPITALITY, LLC | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******0442  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2612 | | |
| For Period Ending: | 10/04/18 | Blanket Bond (per case limit): | $ 36,589,161.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | West Berlin, NJ 08091 | | | | | |
| 05/30/17 | 006008 | GIULIANO MILLER & CO., LLC | Accountant Exp for First Fee App | 3420-000 | | 459.24 | 583,442.58 |
| | | Berlin Business Park | Accountant Expenses for Time Period  8/5/16 through | | | | |
| | | 140 Bradford Drive | 3/24/17 | | | | |
| | | West Berlin, NJ 08091 | | | | | |
| 06/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 964.45 | 582,478.13 |
| 07/03/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 847.14 | 581,630.99 |
| 07/18/17 | 11 | Barry J. Beran | Payment on Judgment - A#11u | 1249-000 | 2,300.00 | | 583,930.99 |
| | | Attorney Business Account | Pymt on Judgment - Ck#3338 - 7-13-17 - $2,300 | | | | |
| | | 102 Browning Lane Bldg C Suite One | | | | | |
| | | Cherry Hill, NJ 08003 | | | | | |
| 07/18/17 | 11 | Joseph A. McCormick, Jr., P.A. | Pymt on Judgment due 6-29-17 - Ck#1518 - 7-14-17 | 1249-000 | 1,000.00 | | 584,930.99 |
| | | Attorney Trust Account | | | | | |
| | | 76 Euclid Ave., Ste. 103 | | | | | |
| | | Haddonfield, NJ 08033 | | | | | |
| 07/26/17 | 11 | JOSEPH A. MCCORMICK, JR. P.A. | Payment on Barry Beran Jdgmt | 1249-000 | 2,000.00 | | 586,930.99 |
| | | 76 EUCLID AVENUE, SUITE 103 | by Check Number 1519 in the amount of $2,000.00 | | | | |
| | | HADONFIELD, NJ 08033 | | | | | |
| 08/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 867.10 | 586,063.89 |
| 08/07/17 | 11 | Barry J. Beran | Payment on Barry Beran Jdgmt | 1249-000 | 3,100.00 | | 589,163.89 |
| | | 102 Browning Lane Bldg C Suite One | by Check Number 3363 in the amount of $3,100.00 | | | | |
| | | Cherry Hill, NJ 08003 | | | | | |
| 09/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 874.63 | 588,289.26 |
| 10/02/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 846.17 | 587,443.09 |
| 11/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 873.16 | 586,569.93 |
| 11/29/17 | 006009 | THE UNITED STATES OF AMERICA | Pymt of Secured Lien | | | 80,573.78 | 505,996.15 |
| | | INTERNAL REVENUE SERVICE | Payment of Secured Lien pursuant to NOSC filed | | | | |
| | | | 10/24/2017 | | | | |
| | | | Claim          73,765.94 | 4210-000 | | | |

Page Subtotals        8,400.00        86,305.67

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

Case No:  15-19655  -ABA  
Case Name:  NJK HOSPITALITY, LLC

Trustee Name:  JOSEPH D. MARCHAND, TRUSTEE  
Bank Name:  EMPIRE NATIONAL BANK  
Account Number / CD #:  *******0442  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******2612  
For Period Ending:  10/04/18

Blanket Bond (per case limit):  $ 36,589,161.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest        6,807.84 | 7990-000 | | | |
| 12/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 843.70 | 505,152.45 |
| 12/27/17 | 12 | IPFS CORPORATION | OVERPAYMENT | 1290-000 | 111.37 | | 505,263.82 |
| | | P.O. BOX 15088 | | | | | |
| | | WORCESTER, MA 01615-0089 | | | | | |
| 12/28/17 | 006010 | State of New Jersey | Pymt of Secured Lien | 4210-000 | | 50,907.62 | 454,356.20 |
| | | Division of Taxation | Paid pursuant to Consent Order executed 10/23/17 & | | | | |
| | | PO Box 245 | Certification of No Objection to NOSC executed | | | | |
| | | Trenton, NJ 08695-0245 | 12/27/17 | | | | |
| 01/02/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 777.87 | 453,578.33 |
| 02/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 749.86 | 452,828.47 |
| 03/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 610.35 | 452,218.12 |
| 04/02/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 672.13 | 451,545.99 |
| 04/20/18 | 13 | Penny Arcade Settlement A/C 1 | Class Action Settlement | 1249-000 | 0.44 | | 451,546.43 |
| | | c/o GCG | | | | | |
| | | P.O. Box 10470 | | | | | |
| | | Dublin, OH 43017-4070 | | | | | |
| 04/20/18 | 14 | Penny Arcade Settlement A/C 1 | Class Action Settlement | 1249-000 | 1.67 | | 451,548.10 |
| | | c/o GCG | | | | | |
| | | P.O. Box 10470 | | | | | |
| | | Dublin, OH 43017-4070 | | | | | |
| 08/24/18 | 006011 | JOSEPH D. MARCHAND,TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 140,605.24 | 310,942.86 |
| | | 117-119 W. BROAD STREET | | | | | |
| | | P.O. BOX 298 | | | | | |
| | | BRIDGETON, NJ  08302 | | | | | |
| 08/24/18 | 006012 | JOSEPH D. MARCHAND,TRUSTEE | Chapter 7 Expenses | 2200-000 | | 1,305.09 | 309,637.77 |
| | | 117-119 W. BROAD STREET | | | | | |
| | | P.O. BOX 298 | | | | | |
| | | BRIDGETON, NJ  08302 | | | | | |

Page Subtotals          113.48          196,471.86

Ver: 20.00j

**FORM 2**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    6

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-19655  -ABA | |
| Case Name: | NJK HOSPITALITY, LLC | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******0442  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******2612 |
| For Period Ending: | 10/04/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 36,589,161.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/18 | 006013 | United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Claim 000024A, Payment 100.00000% | 2950-000 | | 9,750.00 | 299,887.77 |
| 08/24/18 | 006014 | JOSEPH A. MCCORMICK, JR., P.A.<br>76 Euclid Avenue, Suite 103<br>Haddonfield, NJ 08033 | Claim 7-ADM, Payment 42.40472% | 3210-000 | | 54,482.75 | 245,405.02 |
| 08/24/18 | 006015 | JOSEPH A. MCCORMICK, JR., P.A.<br>76 Euclid Avenue, Suite 103<br>Haddonfield, NJ 08033 | Claim 7-ADM, Payment 62.94491% | 3220-000 | | 1,757.17 | 243,647.85 |
| 08/24/18 | 006016 | GIULIANO MILLER & CO., LLC<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, NJ 08091 | Claim 7-ADM, Payment 21.63047% | 3410-000 | | 13,285.00 | 230,362.85 |
| 08/24/18 | 006017 | GIULIANO MILLER & CO., LLC<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, NJ 08091 | Claim 7-ADM, Payment 15.33810% | 3420-000 | | 83.20 | 230,279.65 |
| 08/24/18 | 006018 | JOSEPH D. MARCHAND, ESQUIRE<br>117-119 West Broad Street<br>PO Box 298<br>Bridgeton, NJ 08302 | Claim 7-ADM, Payment 100.00000% | 3110-000 | | 5,076.00 | 225,203.65 |
| 08/24/18 | 006019 | JOSEPH D. MARCHAND, ESQUIRE<br>117-119 West Broad Street<br>PO Box 298<br>Bridgeton, NJ 08302 | Claim 7-ADM, Payment 100.00000% | 3120-000 | | 533.24 | 224,670.41 |
| 08/24/18 | 006020 | State of New Jersey<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 | Claim 000015, Payment 59.89613% | 6820-000 | | 7,484.53 | 217,185.88 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 92,451.89 |

Ver: 20.00j

FORM 2

Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-19655 -ABA |
| Case Name: | NJK HOSPITALITY, LLC |
| | |
| Taxpayer ID No: | *******2612 |
| For Period Ending: | 10/04/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******0442  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 36,589,161.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/18 | 006021 | Internal Revenue Service<br>5218 Atlantic Avenue<br>Mays Landing, NJ 08330 | Claim 000018, Payment 59.89612% | 6820-000 | | 32,364.92 | 184,820.96 |
| 08/24/18 | 006022 | State of New Jersey<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 | Claim 000019, Payment 59.89611% | 6820-000 | | 5,138.20 | 179,682.76 |
| 08/24/18 | 006023 | Empire Crab, Inc.<br>c/o Morris & Adelman, PC<br>P.O. Box 2235<br>Bala Cynwyd, PA 19004-6235 | Claim 000020, Payment 59.89609% | 6990-000 | | 1,549.35 | 178,133.41 |
| 08/24/18 | 006024 | C&H Disposal Service, Inc.<br>47 Griers Lane<br>Elmer, NJ 08318 | Claim 000023, Payment 59.89601% | 6990-000 | | 995.25 | 177,138.16 |
| 08/24/18 | 006025 | Subranni Zauber LLC<br>Willow Ridge Executive Office Park<br>750 Route 73 South, Suite 307B<br>Marlton, NJ 08053 | Claim 000030A, Payment 59.89612% | 6210-000 | | 69,876.96 | 107,261.20 |
| 08/24/18 | 006026 | Atlantic City Electric Company<br>Pepco Holdings, Inc.<br>Bankruptcy Division, Mail Stop 84CP42<br>5 Collins Drive, Suite 2133<br>Carneys Point, NJ 08069-3600 | Claim 000033, Payment 59.89613% | 6990-000 | | 24,849.58 | 82,411.62 |
| 08/24/18 | 006027 | Sysco Philadelphia, LLC<br>c/o Capehart & Scatchard, P.A.<br>8000 Midlantic Drive, Suite 300-S<br>Mt. Laurel, NJ 08054 | Claim 000034, Payment 59.89613% | 6990-000 | | 17,327.13 | 65,084.49 |
| 08/24/18 | 006028 | MARKOVITZ, STARKMAN, & COMPANY,<br>CPAS, LLC<br>C/O DEICHES & FERSCHMANN | Claim 7-ADM, Payment 59.89611% | 6410-000 | | 13,836.75 | 51,247.74 |

Page Subtotals                    0.00            165,938.14

Ver: 20.00j

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-19655 -ABA |
| Case Name: | NJK HOSPITALITY, LLC |
| Taxpayer ID No: | *******2612 |
| For Period Ending: | 10/04/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******0442 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 36,589,161.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/18 | 006029 | 25 WILKINS AVENUE HADDONFIELD, NJ 08033 KRAMER BEVERAGE 161 S. 2ND ROAD HAMMONTON, NJ 08037 | Personal Prop & Intang - Consensual | 4210-000 | | 415.00 | 50,832.74 |
| 08/24/18 | 006030 | CAN - Capital Merchant Service, Inc. Bldg. 500 2015 Vaughn Road Kennesaw, GA 30144 | Claim 000011, Payment 100.00000% | 4210-000 | | 13,214.77 | 37,617.97 |
| 08/24/18 | 006031 | US Foods, Inc. Leslie Bayles, Esq. 161 North Clark Street, Suite 4300 Chicago, IL 60601-3315 | Claim 000012, Payment 100.00000% | 4210-000 | | 36,785.23 | 832.74 |
| 08/24/18 | 006032 | Federal Wine and Spirits Company Raff & Masone, PA 1081 Avenue C Bayonne, NJ 07002 | Claim 000031, Payment 100.00000% | 4210-000 | | 832.74 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,900,000.00 | COLUMN TOTALS | | 717,924.65 | 717,924.65 | 0.00 |
| Memo Allocation Disbursements: | 3,193,916.79 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 717,924.65 | 717,924.65 | |
| Memo Allocation Net: | 706,083.21 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 717,924.65 | 717,924.65 | |
| Total Allocation Receipts: | 3,900,000.00 | | | | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 3,193,916.79 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | | |
| | | Checking Account (Non-Interest Earn - *******0442 | | 717,924.65 | 717,924.65 | 0.00 |
| Total Memo Allocation Net: | 706,083.21 | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | 717,924.65 | 717,924.65 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals          0.00          51,247.74

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    9

Exhibit 9

| Case No: | 15-19655  -ABA | | Trustee Name: | JOSEPH D. MARCHAND, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NJK HOSPITALITY, LLC | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******0442  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2612 | | | |
| For Period Ending: | 10/04/18 | | Blanket Bond (per case limit): | $ 36,589,161.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******0442 | | Transfers) | To Debtors) | On Hand |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 20.00j